

PAUL MANNES
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

In re:   Case No.:   14–25476 – PM    Chapter:   13

Lawrence Rozanski
7204 Orkney Pky
Bethesda, MD 20817

## ORDER DISMISSING CASE
## FOR FAILURE TO COMPLETE REQUIRED FILINGS
## AND NOTICE THAT AUTOMATIC STAY IS TERMINATED
(For Individual Debtor(s))

By notice of the Court dated October 7, 2014, and Order(s) of the Court dated n/a the Debtor(s) was/were admonished to file:

- ☑ Chapter 13 Plan
- ☑ Certificate of Mailing Plan to all creditors
- ☑ Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income
- ☑ Schedules A B C D E F G H I J and Declaration for Schedules
- ☑ Statement of Financial Affairs
- ☐ Verification of Creditor Matrix
- ☑ Other: Summary of Schedules

The Debtor(s) has/have failed to comply with said instructions of the Court. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that, pursuant to 11 U.S.C. § 105(a) and § 1307(c) , the above–captioned case under Chapter 13 is dismissed ; and it is further

ORDERED, that, to the extent the Trustee holds funds that would otherwise be returned to the Debtor(s), the Trustee shall first deduct and remit to the Clerk the amount of **$0.00** for unpaid filing and administrative fees ; and

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

cc:  Debtor(s)
   Attorney for Debtor(s) – Tanya Marie Kripetz Field
   Chapter 13 Trustee – Nancy Spencer Grigsby

**End of Order**

16.4 – *mmaloneyraymond*